

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2014

No. 04-14-00662-CV

**IN THE INTEREST OF M.A.** and J.A.

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01618
Honorable Charles E. Montemayor, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. No costs of appeal are taxed against appellant as she qualifies as indigent.

It is so **ORDERED** on December 3, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2014.

_____
Keith E. Hottle, Clerk